ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| White Balad Co. | ) ASBCA No. 62934 |
| | ) |
| Under Contract No. F38604-05-MW486 | ) |

APPEARANCE FOR THE APPELLANT:　　Mr. Haidar Kasim

APPEARANCES FOR THE GOVERNMENT:　　Jeffrey P. Hildebrant, Esq.
　　Deputy Chief Trial Attorney
　　Siobhan Donahue, Esq.
　　Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  October 7, 2022

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62934, Appeal of White Balad Co., rendered in conformance with the Board's Charter.

Dated:  October 7, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals